PJS:MAC:mmz

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. *11-353* |
| | ) | |
| v. | ) | (Judge *Caldwell*) |
| | ) | |
| MICHAEL SAVAGEAU | ) | |

**INDICTMENT**

FILED
HARRISBURG

DEC 1 4 2011

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## THE GRAND JURY CHARGES THAT:

### COUNT I

On or about November 2, 2008, through April 6, 2010, in the Middle

District of Pennsylvania, the defendant,

## MICHAEL SAVAGEAU,

did knowingly possess and access with intent to view material which contains an

image of child pornography, as defined in Title 18, United States Code, Section

2256(8), that had been mailed, had been shipped and transported using any means

and facility of interstate and foreign commerce, had been shipped and transported

in and affecting interstate and foreign commerce, was produced using materials

that had been mailed, shipped and transported in and affecting interstate and

foreign commerce, including by computer.

All in violation of Title 18 United States Code, Section 2252A(a)(5)(B).

A TRUE BILL



PETER J. SMITH
UNITED STATES ATTORNEY

by:    Michael A. Consiglio
          Assistant United States Attorney

2